# MARK J. FONTE
*Attorney at Law*

---

Admitted in New York and New Jersey                              60 Bay Street, 7th Floor
                                                                 Staten Island, New York 10301
                                                                 Tel:   (718) 720-4949
                                                                 Fax:   (718) 448-8685

May 3, 2012


The Honorable Susan D. Wigenton
MLK, Jr., Fed. Bldg. & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07102


Re:   United States v. Carlos Chorro, Criminal No.: 11-724


Dear Judge Wigenton:

I am seeking an extension of time for my client to surrender to the custody of the U.S. Marshall. His surrender date is currently May 16, 2012.

Mr. Chorro is in the process of relocating his family out of his brother in law's (co-defendant) residence. He needs to make living arrangements for his wife and children since the current residence is being sold by his brother in law.

I am seeking an extension of his surrender date to June 13, 2012.

The Government has been informed of this application and AUSA Mendelsohn has no objection to the extension.

In light of the sensitive nature of my client's cooperation with the Government I am not filing this application electronically.

Thank you for your consideration of this application.


Respectfully Submitted,

*Mark J. Fonte*
Mark J. Fonte

Application granted: _____    Application denied: _____
Hon Susan D. Wigenton                             Hon Susan D. Wigenton

May 4, 2012