PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Carlos Chorro     Cr.: 11-00724-001
                                    PACTS #: 62487

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/11/2012

Original Offense: Conspiracy to Commit Wire Fraud (Count one), and Subscribing to False Tax Returns (Count Two)

Original Sentence: 12 months and 1 day imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Cooperate with IRS, No New Debt/Credit, Employment Restriction, Gambling Restrictions

Type of Supervision: Supervised Release     Date Supervision Commenced: 04/23/2013

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender's term of supervised release is scheduled to expire on April 22, 2016 with an outstanding restitution balance. He was unable to fully satisfy the balance prior to the scheduled date of expiration, and paid $11,933.20 towards his restitution obligation of $373,125. |

U.S. Probation Officer Action:

We are requesting that the offender's supervised release term be allowed to terminate on April 22, 2016 as the Financial Litigation Unit will pursue collection of the remaining restitution balance.

Respectfully submitted,

By: *Maureen Kelly*     Maureen Kelly
                        2016.03.01
                        23:22:51 -05'00'

Date: 03/02/2016

Prob 12A – page 2
Carlos Chorro

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow supervision to terminate as scheduled with outstanding restitution

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

March 4, 2016
Date